Fill in this information to identify the case:

Debtor name: **Turtle Time JRP 2, LLC**
United States Bankruptcy Court for the: **EASTERN DISTRICT OF PENNSYLVANIA**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Berkshire Bank c/o Robert Saldutti, Esquire 800 North Kings Highway, Suite 300 Cherry Hill, NJ 08034 | | | | $2,142,739.27 | $0.00 | $2,142,739.27 |
| Bochetto and Lentz 1524 Locust Street Philadelphia, PA 19102 | | | | | | $9,451.00 |
| Brandywine Draught PO Box 85 Exton, PA 19341 | | | | | | $1,591.00 |
| Direct TV PO Box 5006 Carol Stream, IL 60197 | | | | | | $2,261.54 |
| First Insurance 250 Skokie Blvd, Suite 1000 Northbrook, IL 60062-7917 | | | | | | $5,369.85 |
| G&R Mechanical 3220 Bergey Road Hatfield, PA 19440 | | | | | | $2,264.08 |
| Green Turtle NA Corp 6990 Columbia Gateway Drive Columbia, MD 21046 | | | | | | $14,417.96 |
| Green Turtle Phila Corp. 6990 Columbia Gateway Drive Columbia, MD 21046 | | | | | | $2,878.49 |

Debtor   **Turtle Time JRP 2, LLC**
      Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| GreenTurtle Royalty AC<br>6990 Columbia Gateway Drive<br>Columbia, MD 21046 | | | | | | $61,443.74 |
| Lamar Companies<br>695 US-46 #210<br>Fairfield, NJ 07004 | | | | | | $3,000.00 |
| Minnesota Life As<br>400 Robert Street North<br>Saint Paul, MN 55101-2098 | | | | | | $407.88 |
| NUCO2<br>PO Box 417902<br>Boston, MA 02241-7902 | | | | | | $704.94 |
| Old Tees, Inc. g.p. & t/a New Tees Co LP<br>c/o Kenneth J. Fleisher<br>2005 Market Street, 16th Floor<br>Philadelphia, PA 19103 | | | Disputed | | | $32,405.81 |
| PECO<br>PECO Energy - Payment Processing<br>PO Box 37629<br>Philadelphia, PA 19101 | | | | | | $4,667.73 |
| Red Sun Custom Apparel<br>1 Mason Drive<br>Selbyville, DE 19975 | | | | | | $1,486.60 |
| Riverchasers Entertainment LLC<br>PO Box 285<br>Horsham, PA 19044 | | | | | | $1,125.00 |
| Sysco Eastern<br>33239 Costen Road<br>Pocomoke City, MD 21851 | | | | | | $9,451.00 |
| Token Works<br>1 Stone Place, Suite 303<br>Bronxville, NY 10708 | | | | | | $745.00 |
| Trimark - Adams<br>1901 Stanford Court<br>Hyattsville, MD 20785 | | | | | | $7,927.42 |

Debtor   **Turtle Time JRP 2, LLC**
         Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Unifirst Corporation<br>940 River Road<br>Croydon, PA 19021 | | | | | | $338.80 |