IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| *In re:* | : | **Chapter 11** |
| | : | |
| **TURTLE TIME JRP 2, LLC** | : | |
| | : | |
| **Debtor** | : | **Bankruptcy No. 20-** |

## RESOLUTION AUTHORIZING FILING
## PETITION FOR REORGANIZATION UNDER TITLE 11 OF THE U.S. CODE

**WHEREAS**, Turtle Time JRP 2, LLC, a Pennsylvania Limited Liability Company (the "Company"), is unable to pay its debts as they mature, and it is necessary for the Company to reorganize and it is advisable to proceed under the acts of Congress relating to Bankruptcy;

**THEREFORE,** be it resolved the Company is authorized to file a Petition for reorganization under the acts of Congress relating to Bankruptcy.

**RESOLVED**, that Jiger Patel, Managing Member of the Company, is hereby authorized to execute the Petition and other documents, and to take or cause to be taken such proceedings as may be desirable or necessary to secure the Company any and all relief that it may be entitled to under Title 11 of the U.S. Code, and that Ciardi Ciardi & Astin be employed to carry out the provisions of the Resolution.

**TURTLE TIME JRP 2, LLC**

By: _____
Jiger Patel
Managing Member

Dated: September 15, 2020

1