# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re  Turtle Time JRP 2, LLC

Debtor(s)

Case No.
Chapter  11

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  September 16, 2020

Jiger Patel Managing Member
Signer/Title

Albert Taus & Associates
1187 Morefield Road
Philadelphia, PA 19115


Berkshire Bank
c/o Robert Saldutti, Esquire
800 North Kings Highway, Suite 300
Cherry Hill, NJ 08034


Bochetto and Lentz
1524 Locust Street
Philadelphia, PA 19102


Brandywine Draught
PO Box 85
Exton, PA 19341


Direct TV
PO Box 5006
Carol Stream, IL 60197


ECOLAB
PO Box 32027
New York, NY 10087


Einsten Medical Center Montgomery
559 W. Germantown Pike East
Norristown, PA 19403


Farco Knife & Slicer Co.
PO Box 42
Pennsburg, PA 18073


Fintech
3109 W Dr Martin Luther King Jr Blvd
Tampa, FL 33607

```
First Insurance
250 Skokie Blvd, Suite 1000
Northbrook, IL 60062-7917


G&R Mechanical
3220 Bergey Road
Hatfield, PA 19440


Green Turtle NA Corp
6990 Columbia Gateway Drive
Columbia, MD 21046


Green Turtle Phila Corp.
6990 Columbia Gateway Drive
Columbia, MD 21046


GreenTurtle Royalty AC
6990 Columbia Gateway Drive
Columbia, MD 21046


Lamar Companies
695 US-46 #210
Fairfield, NJ 07004


Minnesota Life As
400 Robert Street North
Saint Paul, MN 55101-2098


Minuteman Press
427 West Main Street, Suite 420
Lansdale, PA 19466


NUCO2
PO Box 417902
Boston, MA 02241-7902
```

Old Tees, Inc. g.p. & t/a New Tees Co LP
c/o Kenneth J. Fleisher
2005 Market Street, 16th Floor
Philadelphia, PA 19103


Party Princess
364 E. Main Street, Suite 420
Middletown, DE 19709


PECO
PECO Energy - Payment Processing
PO Box 37629
Philadelphia, PA 19101


Peerless Pest Control
5246 N. 5th Street
Philadelphia, PA 19120


Red Sun Custom Apparel
1 Mason Drive
Selbyville, DE 19975


Riverchasers Entertainment LLC
PO Box 285
Horsham, PA 19044


RTI - Restaurant Technology, Inc.
12962 Collections Center Drive
Chicago, IL 60693


Schmidt's Baker
PO Box 418770
Boston, MA 02241-8770


Sysco Eastern
33239 Costen Road
Pocomoke City, MD 21851

Sysco Eastern NP Bill
33239 Costen Road
Pocomoke City, MD 21851


Sysco System Mkt
33239 Costen Road
Pocomoke City, MD 21851


Token Works
1 Stone Place, Suite 303
Bronxville, NY 10708


Tornetta Reality Corp
910 Germantown Pike
Plymouth Meeting, PA 19462


Tri State Security & Control LLC
2860 Ogletown Road, Bldg 5
Newark, DE 19713


Trimark - Adams
1901 Stanford Court
Hyattsville, MD 20785


Unifirst Corporation
940 River Road
Croydon, PA 19021


US Beverage Net, Inc.
225 W. Jefferson Street
Syracuse, NY 13202-2401


Waste Management
PO Box 13648
Philadelphia, PA 19101-3648